consideration thereof,

It is ordered by the court, sua sponte, that appellant's affidavit of indigency is stricken as insufficient. Accordingly, this cause is dismissed.

## MISCELLANEOUS ORDERS

In re Report of the Commission
on Continuing Legal Education              :       CLE–2006–01193
                                           :
Lee Bortz                                  :       ENTRY
( # 0001193),                              :
Respondent.                                :

This matter originated in this court on the filing of a report by the Commission on Continuing Legal Education (the "commission") pursuant to Gov.Bar R. X(6)(A)(1)(b) and (A)(2)(d). The commission recommended the imposition of sanctions against certain attorneys and judges, including the above-named respondent, for failure to comply with the applicable continuing legal education provisions of Gov.Bar R. X and Gov.Jud.R. IV for the 2004–2005 reporting period.

It has now come to the court's attention that the respondent is deceased. Upon consideration thereof,

It is ordered by the court that the recommendation of a sanction against the above-named respondent, and the related matter now pending before the court, are hereby dismissed.

In re Report of the Commission
on Continuing Legal Education              :       CLE–2006–08282
                                           :
William Sparks Lightbody                   :       ENTRY
( # 0008282),                              :
Respondent.                                :

This matter originated in this court on the filing of a report by the Commission on Continuing Legal Education (the "commission") pursuant to Gov.Bar R. X(6)(A)(1)(b) and (A)(2)(d). The commission recommended the imposition of sanctions against certain attorneys and judges, including the above-named respondent, for failure to comply with the applicable continuing legal education provisions of Gov.Bar R. X and Gov.Jud.R. IV for the 2004–2005 reporting period.

It has now come to the court's attention that the respondent is deceased. Upon consideration thereof,

It is ordered by the court that the recommendation of a sanction against the above-named respondent, and the related matter now pending before the court, are hereby dismissed.

In re Report of the Commission
on Continuing Legal Education              :       CLE–2006–13465
                                           :
George Joseph Durkin                       :       ENTRY
( # 0013465),                              :
Respondent.                                :

This matter originated in this court on the filing of a report by the Commission on Continuing Legal Education (the "commission") pursuant to Gov.Bar R. X(6)(A)(1)(b) and (A)(2)(d). The commission recommended the imposition of sanctions against certain attorneys and judges, including the above-named respondent, for failure to comply with the applicable continuing legal education provisions of Gov.Bar R. X and Gov.Jud.R. IV for the 2004–2005 reporting period.

It has now come to the court's attention that the respondent is deceased. Upon consideration thereof,

It is ordered by the court that the recommendation of a sanction against the above-named respondent, and the related matter now pending before the court, are hereby dismissed.

| | | |
|---|---|---|
| In re Report of the Commission on Continuing Legal Education | : | CLE–2006–20532 |
| | : | |
| Richard Lee Henning ( # 0020532), Respondent. | : : : | ENTRY |

This matter originated in this court on the filing of a report by the Commission on Continuing Legal Education (the "commission") pursuant to Gov.Bar R. X(6)(A)(1)(b) and (A)(2)(d). The commission recommended the imposition of sanctions against certain attorneys and judges, including the above-named respondent, for failure to comply with the applicable continuing legal education provisions of Gov.Bar R. X and Gov.Jud.R. IV for the 2004–2005 reporting period.

It has now come to the court's attention that the respondent is deceased. Upon consideration thereof,

It is ordered by the court that the recommendation of a sanction against the above-named respondent, and the related matter now pending before the court, are hereby dismissed.

| | | |
|---|---|---|
| In re Report of the Commission on Continuing Legal Education | : | CLE–2006–57503 |
| | : | |
| R. Jeffrey Baker ( # 0057503), Respondent. | : : : | ENTRY |

This matter originated in this court on the filing of a report by the Commission on Continuing Legal Education (the "commission") pursuant to Gov.Bar R. X(6)(A)(1)(b) and (A)(2)(d). The commission recommended the imposition of sanctions against certain attorneys and judges, including the above-named respondent, for failure to comply with the applicable continuing legal education provisions of Gov.Bar R. X and Gov.Jud.R. IV for the 2004–2005 reporting period.

It has now come to the court's attention that the respondent is deceased. Upon consideration thereof,

It is ordered by the court that the recommendation of a sanction against the above-named respondent, and the related matter now pending before the court, are hereby dismissed.